GEORGE HOFFMAN et al., Respondents, *v.* PATRICK McDONNELL et al., Appellants.

(Argued April 12, 1880 ; decided June 1, 1880.)

DECIDED mainly upon the opinion of the court below. Only questions as to findings of fact were presented.

*Michael M. Cardozo*, for appellants.

*John F. McIntyre*, for respondents.

Opinion written by CHURCH, Ch. J., for affirmance; read and adopted by the court.
All concur.
Judgment affirmed.

---

BERNARD SHERIDAN, Appellant, *v.* JOSEPH TAW et al., Respondents.

THIS case was argued with and decided upon opinion in *Sheridan* v. *Linden, ante, p.* 182.